UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Joseph Hirsch, *pro se*,                              :
                                                      :
                Petitioner,                    :    **ORDER**
                                                      :
                -against-                        :    03-CV-1617 (DLI)
                                                      :
Israel Rivera, Superintendent, Washington             :
Correctional Facility,                                :
                                                      :
                Respondent.                    :
----------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      Petitioner's motion to amend his complaint to reflect the name of the new Superintendent of Washington Correctional Facility, James J. Plescia, is hereby granted.

      Regarding the status of the petition, as of September 13, 2004, this case was reassigned to District Judge Dora L. Irizarry. District Judge Joanna Seybert no longer presides over this case. The Court received the state court record on February 9, 2005. Therefore, as the matter has been fully submitted, it will be decided in due course.

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, to the District Attorney of Suffolk County, and by mailing a copy of the same to the Petitioner. The Clerk of this Court is also directed to amend the caption in accordance with this Order. Both parties are reminded that courtesy copies of all filings must be submitted to chambers.

SO ORDERED.

DATED:    Brooklyn, New York
                April 18, 2005

                                              _____/s/_____
                                                  DORA L. IRIZARRY
                                                  United States District Judge