```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH HIRSCH, pro se,                                              JUDGMENT
                                                                    03-CV-1617 (DLI)
                              Petitioner,

    -against-

JAMES J. PLESCIA, Superintendent,

                              Respondent.
-----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 23, 2005, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and denying petitioner a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that petitioner is denied a Certificate of Appealability.

Dated: Brooklyn, New York  
      August 24, 2005

Robert C. Heinemann  
Clerk of Court

By: _____  
Terry Vaughn  
Chief Deputy Clerk  
for Operations